# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANNA L. TYSON, | ) | 1:09-cv-1308 OWW GSA |
| | ) | |
| Plaintiff, | ) | ORDER TRANSFERRING ACTION TO |
| | ) | UNITED STATES DISTRICT COURT FOR |
| v. | ) | ARIZONA |
| | ) | |
| THE ARIZONA STATE BOARD OF NURSING et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Anna Tyson, ("Plaintiff") who is appearing pro se and informa pauperis has filed a complaint wherein Plaintiff alleges violations by the Arizona State Board of Nursing and the Arizona Office of Administrative Hearings regarding proceedings that are pending in Arizona to revoke and/or suspend Plaintiff's nursing license. Plaintiff alleges diversity jurisdiction. The court is transferring this action to the Arizona District Court because all of the named defendants reside in this district and a substantial part of the events giving rise to the claim have occurred or are occurring in Arizona. *See*, 28 U.S.C. § 1391(a)(2). The court is also transferring this action to the Arizona District Court pursuant to Title 28 United States Code Section 1404(a) in the interests of justice.

Good cause appearing, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the United States District Court for Arizona.

IT IS SO ORDERED.

Dated: **August 24, 2009**          /s/ Gary S. Austin

1

UNITED STATES MAGISTRATE JUDGE